Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−14063−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Thomas H Gordon Jr.
 aka Tom Gordon, aka Thomas Gordon Jr.,
 aka Thomas Gordon
 4 Larkspur Circle
 Sicklerville, NJ 08081

Social Security No.:
 xxx−xx−6000

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 29, 2024.

Dated: August 29, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-14063-ABA
Thomas H Gordon, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Aug 29, 2024      Form ID: plncf13      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas H Gordon, Jr., 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232050 | + | Brandon Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232055 | + | Denise M Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232080 | + | Jefferson Health Outpatient Imaging, 243 Hurffville Cross Keys Road, Sewell, NJ 08080-4011 |
| 520232081 | + | Jefferson Health System, 111 South 11th Street, Philadelphia, PA 19107-4870 |
| 520232082 | + | Justin Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232085 | + | Nicholas Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232088 | | Pnc Financial, Cleveland, OH 44101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520232048 | ^ | MEBN | Aug 29 2024 20:47:37 | Aidvantage, PO Box 3229, Wilmington, DE 19804-0229 |
| 520232049 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 29 2024 20:57:20 | Aidvantage, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 520232052 | | Email/Text: BKPT@cfna.com | Aug 29 2024 20:48:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520232051 | | Email/Text: BKPT@cfna.com | Aug 29 2024 20:48:00 | CFNA, PO Box 81315, Cleveland, OH 44181-0315 |
| 520241249 | | Email/Text: BKPT@cfna.com | Aug 29 2024 20:48:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520319756 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 21:08:10 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520232054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 21:18:44 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520232053 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 21:18:51 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520232056 | + | Email/Text: DSLBKYPRO@discover.com | Aug 29 2024 20:49:00 | Discover Student Loan, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232058 | | Email/Text: DSLBKYPRO@discover.com | Aug 29 2024 20:49:00 | Discover Student Loans, Attn: Bankruptcy, PO |

Case 24-14063-ABA    Doc 24    Filed 08/31/24    Entered 09/01/24 00:16:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2024 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 30948, Salt Lake City, UT 84130-0948 |
| 520246474 | + | Email/Text: DSLBKYPRO@discover.com | Aug 29 2024 20:49:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 520232057 | | Email/Text: DSLBKYPRO@discover.com | Aug 29 2024 20:49:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520310460 | | Email/Text: BNCnotices@dcmservices.com | Aug 29 2024 20:49:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520300471 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 20:48:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520314826 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 20:48:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520314847 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 20:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg , OH , 45342 |
| 520232089 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 20:48:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520232091 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 20:48:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520232090 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 29 2024 20:48:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 520232094 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 21:18:52 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520232095 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 21:18:51 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520353737 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| 520232069 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232070 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232071 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232072 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232073 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232074 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232075 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232076 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232077 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232078 | * | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232079 | *+ | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232059 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232060 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232061 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232062 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232063 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232064 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232065 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232066 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232067 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232068 | * | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 520232083 | *+ | Justin Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232084 | *+ | Justin Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232086 | *+ | Nicholas Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |
| 520232087 | *+ | Nicholas Gordon, 4 Larkspur Circle, Sicklerville, NJ 08081-4160 |

| | | |
|---|---|---|
| 520232093 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520232092 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

**Name** | **Email Address**

Andrew B Finberg
ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Ronald E. Norman
on behalf of Debtor Thomas H Gordon  Jr. rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5